# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

_____

**EDMON GASAWAY**

                         **Plaintiff**

vs.                                       CASE NUMBER: 8:11-CV-549
                                                            (GTS/RFT)

**BERNARD WILLIAMS**, Special Agent for
Treasury Inspector Gen. for Tax Admin.;
and **RANDY SILVIS**, Special Agent for
Treasury Inspector Gen. for Tax Admin.

                         **Defendants**
_____

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the July 21st, 2011 Report-Recommendations of Magistrate Judge Randolph F. Treece are adopted and accepted with modifications; plaintiff's Complaint is sua sponte DISMISSED in its entirety with prejudice; and any appeal taken from the Order dismissing this action would not be taken in good faith.

All of the above pursuant to the Memorandum-Decision and Order of the Honorable District Judge Glenn T. Suddaby, dated the 30th day of January, 2012.

DATED: January 30, 2012

                                                           _Lawrence K. Baerman_
                                                           Clerk of Court


                                                           s/ Melissa Ennis
                                                           Melissa Ennis
                                                           Deputy Clerk