# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**EDMON GASAWAY**

                        **Plaintiff**

   vs.                                   CASE NUMBER: 8:11-CV-549
                                                         (GTS/RFT)

**BERNARD WILLIAMS, Special Agent for Treasury Inspector Gen. for Tax Admin.; and RANDY SILVIS, Special Agent for Treasury Inspector Gen. for Tax Admin.**

                        **Defendants**

_____

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the July 21st, 2011 Report-Recommendations of Magistrate Judge Randolph F. Treece are adopted and accepted with modifications; plaintiff's Complaint is sua sponte DISMISSED in its entirety with prejudice; and any appeal taken from the Order dismissing this action would not be taken in good faith.

All of the above pursuant to the Memorandum-Decision and Order of the Honorable District Judge Glenn T. Suddaby, dated the 30th day of January, 2012.

DATED: January 30, 2012

                                                          Clerk of Court

                                                         s/ Melissa Ennis
                                                         Melissa Ennis
                                                         Deputy Clerk